UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | Criminal Action No. 6:19-CR-31-CHB-6 |
| v. | ) ) ) | **ORDER ADOPTING** |
| TIMOTHY MARROQUIN, | ) ) | **RECOMMENDATION OF ACCEPTANCE OF GUILTY PLEA** |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Recommendation of Acceptance of Guilty Plea filed by United States Magistrate Judge Hanly A. Ingram [R. 227]. The recommendation instructed the parties to file any specific written objections within three days after being served with the decision, or else waive the right to further review. *Id.* at 2–3. Neither party has objected to the Magistrate Judge's recommendation, and the time to do so has now passed. Defendant did file a consent to plead before the United States Magistrate Judge [R. 220]. Upon review, the Court is satisfied that Defendant Timothy Marroquin did knowingly and competently plead guilty to the charged offense and that an adequate factual basis supports the plea as to each essential element of the offense charged.

Accordingly, **IT IS HEREBY ORDERED** as follows:

1. Judge Ingram's Recommendation of Acceptance of Guilty Plea [R. 227] is **ADOPTED** as and for the Opinion of the Court;

2. Defendant Timothy Marroquin is **ADJUDGED** guilty of Count 1 of the Indictment [R. 1];

- 2 -

3. The Defendant's jury trial and all other pre-trial proceedings are now **CANCELLED** and shall be **STRICKEN** from the Court's docket; and

4. A Sentencing Order shall be entered promptly.

This the 30th day of November, 2020.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY